(December 8, 1939.)

MARY C. MOROUNEY, Respondent, v. JOSEPH MOROUNEY, Appellant.— Order modified by reducing the alimony to the sum of twenty dollars per week and the counsel fee to the sum of $100, and by striking out the provisions with respect to payment within ten days after service of a certified copy of the order and with respect to the time of payment of counsel fee. As thus modified the order is affirmed, without costs. The arrears of alimony shall be paid within five days after the entry of the order hereon. The counsel fee shall be payable one-half on or before the 14th day of December, 1939, and the balance on or before the day of trial, the case to be tried during the December, 1939, term, sometime after December fourteenth, subject to the approval of the justice presiding at said term. The determination made by this court is solely on the basis of the affidavits submitted. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

(December 11, 1939.)

CLARA CUCCO, Respondent, v. PACIFIC FINANCE CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division and for a stay granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

ROSE CZERNY, Respondent, v. RALSUT, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Petition of QUEENS COUNTY BAR ASSOCIATION in Respect of JAY ELWYN RICE, JR., an Attorney and Counselor at Law, Respondent.— During the pendency of disciplinary proceedings respondent submitted his resignation as an attorney and counselor at law. Resignation accepted and respondent's name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of ISIDOR SACHS, an Attorney and Counselor at Law.— Motion for reinstatement as an attorney and counselor at law granted. [See 256 App. Div. 945.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THOMAS KOSLOWSKI, an Infant, etc., by MARGARET BONIECKI, His Guardian ad Litem, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

JOSIE V. LEEK, as Administratrix, etc., of JULIA E. ELDERT, Deceased, Respondent, v. RANDOLPH W. SEAMAN, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ. [See post, p. 902.]